PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY M. ROSS,<br><br>Defendant. | Case No. 1:23-cr-00111-CDB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF SUPERSEDING INFORMATION |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss the Superseding Information filed on June 6, 2023 [ECF #27], against ANTHONY M. ROSS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The United States will be proceeding on the original citation but reserves the right to re-file the charges provided for in the Superseding Information.

DATED: October 2, 2023                              Respectfully submitted,

                                                                    PHILLIP A. TALBERT
                                                                    United States Attorney

                                        By:     /s/ *Chan Hee Chu*
                                                           CHAN HEE CHU
                                                           Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the government's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Superseding Information filed on June 6, 2023 [ECF #27] against ANTHONY M. ROSS, in Case No. 1:23-cr-00111-CDB, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **October 2, 2023**

_____
UNITED STATES MAGISTRATE JUDGE