MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY M. ROSS<br><br>Defendant. | Case No. 1:23-cr-00111-CDB<br><br>[Citation #E1574651 CA/10]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E1574651 CA/10] in Case No. 1:23-cr-00111-CDB against ANTHONY M. ROSS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 27, 2025                    Respectfully submitted,

                                                     MICHELE BECKWITH
                                                     Acting United States Attorney

                                      By:    /s/ *Chan Hee Chu*
                                                   CHAN HEE CHU
                                                   Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #E1574651 CA/10] in Case No. 1:23-cr-00111-CDB against ANTHONY M. ROSS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

_____
UNITED STATES MAGISTRATE JUDGE